AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Personal Audio, LLC <br><br> *Plaintiff(s)* <br> v. <br> FUHU, INC. <br><br> *Defendant(s)* | Civil Action No. 1:13-cv-00513 |

**COPY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FUHU, INC.
909 North Sepulveda Boulevard
Suite 540
El Segundo, CA 90245

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Personal Audio, LLC
340 N. Sam Houston Pkwy E
Suite 165D
Houston, TX 77060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/14/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-00513

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Fuhu, Inc.
was received by me on *(date)*   08/14/2013   .

☐ I personally served the summons on the individual at *(place)*
_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Daryl Okimoto (Corporate Secretary)   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Fuhu, Inc.
on *(date)*   08/15/2013   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $   45.00   for travel and $ _____ for services, for a total of $   45.00   .

I declare under penalty of perjury that this information is true.

Date:   08/15/2013

*Server's signature*

Russell Loza # 2013132395
*Printed name and title*

3637 Glendon Ave Suite 203
Los Angeles, CA 90034

*Server's address*

Additional information regarding attempted service, etc:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 20 2013
BY DAVID J. MALAND, CLERK
DEPUTY