# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § § | Civil Action No.  1:13-cv-00513-RC |
| Plaintiff, | § § | |
| v. | § § | **Jury Trial Demanded** |
| FUHU, INC., | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

Personal Audio, LLC, Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Nicole E. Glauser
    Texas State Bar No. 24050694
    **DiNovo Price Ellwanger & Hardy LLP**
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas  78731
    Telephone:  (512) 539-2626
    Facsimile:  (512) 539-2627
    Email: nglauser@dpelaw.com

    Respectfully submitted,

Dated: November 26, 2013    /s/ Nicole E. Glauser
    Nicole E. Glauser
    State Bar No. 24050694
    **DiNovo Price Ellwanger & Hardy LLP**
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas  78731
    Telephone:  (512) 539-2626
    Facsimile:  (512) 539-2627
    nglauser@dpelaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 26, 2013.  As such, all counsel of record who have consented to electronic service was served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            /s/ Nicole E. Glauser
            Nicole E. Glauser