UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 1:13-cv-00513-RC |
| FUHU, INC., | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

### PERSONAL AUDIO, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Personal Audio, LLC ("Personal Audio") respectfully submits the following Notice of Supplemental Authority relating to Fuhu, Inc.'s Motion to Dismiss Pursuant to the First-to-File Rule and for Lack of Personal Jurisdiction. [Dkt. No. 9] In that motion, Fuhu argued that this litigation should be dismissed in favor of the prior California action filed by Fuhu (Case No. CV 13-05571 BRO (SHx); *Fuhu, Inc. v. Personal Audio, LLC*; In the United States District Court, Central District of California), or in the alternative stayed pending the California action or transferred to the Central District of California.

On November 27, 2013, United States District Judge Beverly Reid O'Connell issued a decision in the California action granting defendant Personal Audio's motion to dismiss and denying plaintiff Fuhu's request for discovery, finding that that the Central District of California Court may not exercise general or specific jurisdiction over Personal Audio. A copy of the Central District of California Court's decision Granting Defendant's Motion to Dismiss and Denying Plaintiff's Request for Discovery is attached for the Court's convenience.

1

#1030411

Dated: December 3, 2013　　　　　　　　　Respectfully submitted,

By: */s/ Charles W. Goehringer, Jr.*

**Germer PLLC**
Lawrence Louis Germer
(TX Bar # 07824000)
Charles W. Goehringer, Jr.
(TX Bar # 00793817)
550 Fannin, Suite 400
Beaumont, Texas 77701
Telephone: (409) 654-6700
Fax: (409) 835-2115
llgermer@germer.com
cwgoehringer@germer.com

**DiNovo Price Ellwanger & Hardy LLP**
Nicole E. Glauser
(TX Bar # 24050694)
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Fax: (512) 539-2627
nglauser@dpelaw.com

**Attorneys for Plaintiff Personal Audio, LLC**

#1030411

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I caused a true and correct copy of this document (Personal Audio, LLC's Notice of Supplemental Authority) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).

Dated: December 3, 2013          */s/ Charles W. Goehringer, Jr.*
                                                  Charles W. Goehringer, Jr.

#1030411