IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>ACER AMERICA CORP.,<br>APOLLO BRANDS,<br>BARNES & NOBLE INC.,<br>FUJITSU AMERICA INC.,<br>LENOVO (UNITED STATES) INC.,<br>TOSHIBA CORPORATION,<br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and<br>ZTE (USA) INC.,<br><br>        Defendants. | CASE NO. 1:14-CV-8-RC<br><br>JURY TRIAL DEMANDED |
| PERSONAL AUDIO, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>FUHU, INC.,<br><br>        Defendant. | Civil Action No.  1:13-cv-00513-RC<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION AND PREHEARING SATEMENT**

      Pursuant to P.R. 4-3, and the Court's order, *see* ECF No. 181 in Case No. 1:14-CV-8-RC, Plaintiff Personal Audio, LLC ("Plaintiff") and Defendants Acer America Corp., Apollo Brands, Barnes & Noble Inc., Fujitsu America Inc., Lenovo (United States) Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., ZTE (USA) Inc., and Fuhu, Inc. (collectively "Defendants") submit this Joint Claim Construction and Prehearing Statement for the

above-captioned cases.

## I. Agreed Terms

The parties agree on the proposed constructions for the following terms as set forth in Exhibit A:[1]

| Claim | Term |
|---|---|
| claim 14 of the '076 patent (governed by 35 U.S.C. § 112 ¶ 6) | "output means for producing audio sounds in response to analog audio signals" |
| claims 1, 13, 14 of the '076 patent (governed by 35 U.S.C. § 112 ¶ 6) | "means for accepting control commands from a user of said player" / "input means for accepting control commands from a user" |
| claim 14 of the '076 patent (governed by 35 U.S.C. § 112 ¶ 6) | "processing means for translating said digitally recorded audio program segments into analog audio signals delivered to said output means for reproducing said recorded program segments in a form audible to said user" |

## II. Proposed Constructions; Intrinsic and Extrinsic Evidence

Exhibit A sets forth the proposed constructions with intrinsic and extrinsic evidence identified by Plaintiff and by Defendants in the above-referenced cases for U.S. Patent No. 6,199,076 ("'076 patent") and U.S. Patent No. 7,509,178 ("'178 patent"). The parties reserve their respective rights to rely on the citations identified by the other side, including any citations identified in another party's briefing. The parties also reserve their respective rights to identify additional extrinsic evidence for rebuttal purposes.

## III. Estimated Hearing Length

All parties request a total of 4 hours (2 hours per side) for the claim construction hearing.

---

[1] While Defendants have agreed to some constructions previously adopted by this Court in *Personal Audio, LLC v. Apple, Inc.* and have proposed similar constructions for some other terms, Defendants do not concede that they are bound in any way by claim constructions in prior litigation to which they were not a party or that the prior construction in any way alters the burden of proof on claim construction.

IV. **Technology Tutorial**

    a. **Plaintiff's Position**: Plaintiff requests that the Court allow it to present a brief technology tutorial.

    b. **Defendants' Position**: According to the Court's Order of October 27, 2014, ECF No. 136 at 2, the tutorial is a technology synopsis to be submitted in hard copy and disk, as opposed to a presentation. Further, Defendants do not believe a technical tutorial is necessary given the Court's experience with the patents-in-suit but will submit a tutorial if Plaintiff decides to provide another technical tutorial for the Court.

V. **Witnesses**

The parties do not propose to call any witness, including experts, at the claim construction hearing but may have experts present if the Court requests their presence to answer any technical questions that the Court may have.

VI. **Proposed Length of Briefs**

    a. **Plaintiff's Position**: Plaintiff requests 40 pages for its opening claim construction brief and 25 pages for its reply brief. Plaintiff does not object to Defendant having a total of 65 pages for their responsive claim construction brief.

    b. **Defendants' Position**: Defendants respectfully request that the Court grant at least the total of the combined page limit granted to Plaintiff for its opening and reply briefs for Defendants' intervening responsive claim construction brief. For example, whether Plaintiff is granted 40 pages for its opening brief and 10 pages for its reply brief or 30 pages for its opening brief and 20 pages

for its reply brief, Defendants would be granted 50 pages total for their responsive claim construction brief.  As such, if Plaintiff's requested page limits are granted, Defendants would be granted 65 pages total for their responsive claim construction brief.

Dated:  February 13, 2015                    Respectfully submitted,

By: */s/ John Saba*
William M. Parrish
Texas State Bar No. 15540325
Nicole E. Glauser
Texas State Bar No. 24050694
John D. Saba, Jr.
Texas State Bar No. 24037415
**DiNovo Price Ellwanger & Hardy LLP**
7000 N.  MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Facsimile:    (512) 539-2627
bparrish@dpelaw.com
nglauser@dpelaw.com
jsaba@dpelaw.com

Douglas Q. Hahn
Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone: 949.725.4138
Email:  dhahn@sycr.com

Charles W. Goehringer, Jr.
(TX Bar # 00793817)
Lawrence Louis Germer
(TX Bar # 07824000)
Germer PLLC
550 Fannin Street, Suite 400
Beaumont, TX  77701
Email:  cwgoehringer@germer.com
Email:  llgermer@germer.com

**Counsel for Plaintiff Personal Audio, LLC**

By */s/ Jason Xu*
J. Thad Heartfield (State Bar No. 09346800)
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX  77706
Telephone:  (409) 866-3318
Email:  thad@heartfieldlawfirm.com

Jeannine Sano (CA State Bar No. 174190)
(admitted to the Eastern District of Texas)
Allen Wang (CA State Bar No. 278953)
(admitted to the Eastern District of Texas)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square 9th Floor
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0356
Email: jsano@whitecase.com
       awang@whitecase.com

Shamita Etienne-Cummings  (DC Bar No. 467197)
(admitted to the Eastern District of Texas)
James P. Gagen (DC Bar No. 499220)
(admitted to the Eastern District of Texas)
Jason Xu (DC Bar No. 980531)
(admitted to the Eastern District of Texas)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Telephone:  (202) 626-3695
Email:  WCDefendantsPersonalAudioLitigationTeam
@whitecase.com

Leon Miniovich (NY Bar No. 4738852)
(admitted to the Eastern District of Texas)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Telephone:  (212) 819-8200
Email:  lminiovich@whitecase.com

**Counsel for Acer America Corp.,**
**Barnes & Noble, Inc.,**
**Toshiba Corp., and**
**Toshiba America Information Systems, Inc.**

Michael Ting (CA State Bar No. 247610)
(admitted to the Eastern District of Texas)
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 517-5256
Email:  mting@tklg-llp.com

**Counsel for Acer America Corp.**


Jeffrey Kirk Sherwood
Dickstein Shapiro LLP
1825 Eye Street NW
Washington DC  20006-5403
Telephone:  (202) 420-3602

Gerard A. Haddad
Robert Bugg
Dickstein Shapiro LLP
1633 Broadway
New York, NY  10019
Telephone:  (212) 277-6772
Email:  Toshiba.PersonalAudio@dicksteinshapiro.com

**Counsel for Toshiba Corp. and**
**Toshiba America Information Systems, Inc.**


*/s/ Andy Tindel*

Andy Tindel
MT$^2$ Law Group
Mann | Tindel | Thompson
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: 903.596.0900
Facsimile: 903.596.0909
Email: atindel@andytindel.com

-5-

**Counsel for Fujitsu America, Inc.**

By */s/ Inge Larish*
Inge Larish
Texas State Bar No. 00796924
Steven A. Moore
California Bar No. 232114
Callie A. Bjurstrom
California Bar No. 137816
Nicole S. Cunningham
California Bar No. 234390
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 234-5000
Email: ZTEPersonalAudio@pillsburylaw.com

**Counsel for ZTE (USA), Inc.**

By */s/ Eric Joseph Klein*
Fred Irvin Williams
Akin Gump Strauss Hauer & Feld LLP
600 Congress Avenue, Suite 1350
Austin, TX 78701-3911
Telephone: (512) 499-6200

Eric Joseph Klein
Jesse D. Snyder
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Telephone: (214) 969-2800
Email:
LENOVOSERVICEPERSONALAUDIO@akingump.com

**Counsel for Lenovo (United States) Inc.**

By *John Weston Billingsley*
John Weston Billingsley
Billingsley & Associates
201 W. Main Street
Ada, OK 74820

Telephone:  (580) 559-2579
Facsimile:  (580) 279-6596
Email:  wes@billingsleyassociates.com

**Counsel for Apollo Brands**

By  */s/ J. Thad Heartfield*
J. Thad Heartfield (State Bar No. 09346800)
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX  77706
Telephone:  (409) 866-3318
Email:  thad@heartfieldlawfirm.com

Kevin G. McBride
Todd Landis
Kellie Johnson
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201-4624
Telephone:  (214) 969-2800
Email:  Fuhu-PA@akingump.com

**Counsel for Fuhu, Inc.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 13, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                */s/ John Saba*
                 John D. Saba, Jr.